UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-201 |
| VERSUS | SECTION "G" |
| THIOUGEST WOOLRIDGE | VIOLATION: |

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE
**(continued from 1/9/2020)**

Take notice that this criminal proceeding is set for **MARCH 5, 2020 at 10:00 AM**, before Chief Judge Nannette Jolivette Brown, Ctrm C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  January 3, 2020

WILLIAM W. BLEVINS, CLERK
by: Shaveka M. Joshua, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ THIOUGEST WOOLRIDGE (bond)

✓ Maura Doherty, Counsel

✓ AUSA:  Myles Ranier, David Sinkman

✓ U.S. Probation Office – Vanessa Burney

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

**If you change address,
notify clerk of court
by phone, (504) 589-7680**